# Order

Michigan Supreme Court
Lansing, Michigan

March 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136982(56)

GWENDOLYN MINGO, CITIZENS OF BRUSH
PARK, REVEREND MARY GAUSE, WARREN
GAITHER, DOROTHY ROBINSON, MARCIA
BURNETTE NICHOLS, PATTY BURNETTE
JONES, and ANDREW J. BURNETTE, JR.,
          Plaintiffs-Appellants,

and

BRUSH PARK CITIZENS DISTRICT COUNCIL,
KEITH NOBLE, LEON THOMAS, RUTH
DIGGS, QUENTIN MINGO, ERNESTINE
NOBLE, DEACON LEON THOMAS, MARILYN
REED, GRACE DAVIS, DR. BARBARA
WOMACK, FAYE DAVIS, MABEL NORA,
REVEREND VELMA ROSEMUND, DOUGLAS
FULLER, FRANK FULLER, ANNIE JACKSON,
NATHANIEL JACKSON, and REVEREND ORA
MARIE CLAY,
          Plaintiffs,

v

CITY OF DETROIT,
          Defendant-Appellee.

SC: 136982
COA: 277403
Wayne CC: 00-013030-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's November 25, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

*Corbin R. Davis*

Clerk

d0316